IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Petitioner | * |
| v. | *  CIVIL NO. |
| | *  Action to Enforce |
| MICHAEL and KIMBERLY BELCASTRO | *  Inspector General Subpoena |
| | * |
| Respondent | * |

L02CV1764

## ORDER TO SHOW CAUSE

This matter having come before the Court on a Petition by the United States for Summary Enforcement of an Inspector General Subpoena and a Request for an Order to Show Cause why a subpoena issued to Allfirst Bank, 25 South Charles Street, Baltimore, Maryland 21201, should not be judicially enforced, and the Court having considered Petitioner's request for an order to show cause and being fully advised of its basis, it is hereby

ORDERED that Respondents, Michael and Kimberly Belcastro shall, within twenty (20) days of the date of this Order, file with this Court and serve by overnight delivery upon Petitioner a Response to the aforesaid Petition; and it is further

ORDERED that Petitioner shall have ten (10) days thereafter in which to serve and file any Reply thereto; and it is further

ORDERED that no party may serve or file any discovery requests without further leave of Court; and it is further

3

ORDERED that copies of this Order, together with copies of the aforesaid Petition, Declaration, and Brief in Support, shall be served upon the Respondent in the manner prescribed by law.

Dated this __14__ day of __June__, 2002.

BY THE COURT:

_____
United States District Judge
District of Maryland

4