```
                    FILED
                U.S. DISTRICT COURT
          IN THE UNITED STATES DISTRICT COURT
         DISTRICT OF MARYLAND
            FOR THE DISTRICT OF MARYLAND
               2002 JUL 24  A 11: 52
UNITED STATES OF AMERICA,            *
                                     *
                 CLERK'S OFFICE
              Petitioner AT BALTIMORE
                                     *
                              DEPUTY
v.                                   *   CIVIL NO. L-02-1764
                                     *   Action to Enforce
MICHAEL and KIMBERLY BELCASTRO       *   Inspector General Subpoena
                                     *
              Respondent              *

     *    *    *    *   ***    *    *    *    *
```

## ORDER

This matter having come before the Court on a motion by the United States for summary enforcement of an Inspector General Subpoena issued to Allfirst Bank, 25 South Charles Street, Baltimore, Maryland 21201, and the Court having considered fully Petitioner's request and the bases supporting the request and having issued to the Respondents an Order to Show Cause why the subpoena should not be judicially enforced but having received no response from the Respondents to the Show Cause Order, it is this 24TH day of July, 2002 ORDERED that:

Petitioner's request for summary enforcement of the Inspector General subpoena issued to Allfirst Bank, 25 South Charles Street, Baltimore, Maryland 21201 be and is hereby GRANTED; and it is further ORDERED that:

Allfirst Bank shall, within fifteen (15) days of the date of this Order, comply fully with the Inspector General's subpoena of

3

February 13, 2002 by producing to Petitioner the following documents for the period of January 1, 1997 through the present:

All records pertaining to account number 11544345, the account of Michael and Kimberly Belcastro, including: photocopies of signature cards, monthly account statements, correspondence, automated teller machine transactions, the fronts and backs of all deposited items, the fronts and backs of all withdrawal items, including cancelled checks, teller checks, money orders, cash withdrawal records, cash advances or other loans and any other account transactions; and it is further

ORDERED that Allfirst Bank shall provide with the above-listed documents a signed certification that it has fully complied with the subpoena by producing all subpoenaed documents within its possession; and it is further

ORDERED that copies of this Order shall be mailed to all parties or their counsel of record, respectively.

                                        */s/ Benson Legg*
                                United States District Judge
                                District of Maryland